UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELSON FERREIRA,<br><br>                    Plaintiff,<br><br>            -against-<br><br>JOHN OR JANE DOE, M.D.;<br>SUPERINTENDENT, DOWNSTATE<br>CORRECTIONAL FACILITY,<br><br>                    Defendants. | 20-CV-10587 (LLS)<br><br>CIVIL JUDGMENT |

   Pursuant to the order issued April 13, 2021, dismissing the complaint,

   IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

   IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 13, 2021
         New York, New York

                                              _____Louis L. Stanton_____
                                                    LOUIS L. STANTON
                                                         U.S.D.J.